UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kevin A. Gary, | |
| | Case No. 19-cv-12384 |
| Plaintiff, | |
| | Judith E. Levy |
| vs. | United States District Judge |
| | |
| Bluestem Brands, Inc., | Mag. Judge Anthony P. Patti |
| | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES [2]**

Plaintiff Kevin A. Gary filed a complaint on August 12, 2019. (ECF No. 1.) He asks the Court's permission to proceed without prepaying fees or costs. (ECF No. 2.) Having reviewed plaintiff's application to proceed without paying costs, the Court is satisfied he is unable to pay fees and costs. The application (ECF No. 2) is **GRANTED**.

IT IS SO ORDERED.

Dated: August 20, 2019.      s/ Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
        United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2019.

                                                s/Shawna Burns
                                                SHAWNA BURNS
                                                Case Manager