UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin A. Gary,

                         Plaintiff(s),

v.                                            Case No. 5:19–cv–12384–JEL–APP
                                                      Hon. Judith E. Levy

Bluestem Brands, Inc.,

                         Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                        s/Judith E. Levy
                                                        Judith E. Levy
                                                        United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/S Burns
                                                        Case Manager

Dated:   August 20, 2019